# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:13–bk–14388–DPC

TOMMI VARGAS  Chapter: 7
aka TOMMI HERNANDEZ
aka TOMASA HERNANDEZ VARGAS
7559 W. VERMONT AVENUE
GLENDALE, AZ 85303
**SSAN:** xxx–xx–5858
**EIN:**

Debtor(s)

## NOTICE AND ORDER

### *NOTICE*

This Order means that Wroblewski (defined below) no longer represents you in this case. You may, of course, hire your own attorney or represent yourself. However, a program exists to assist you. The Bankruptcy Court's Self Help Center, in coordination with the Bankruptcy Section of the State Bar of Arizona and the Arizona Consumer Bankruptcy Counsel, has a Pro Bono Panel to help debtors whose attorney has been disqualified, removed, disbarred or otherwise terminated. The Panel will provide up to one hour of <u>free</u> consultation to discuss your case and what next steps, if any, are needed. If you are interested in a consultation with a volunteer attorney on the Panel, please contact the Self Help Center at (602) 682–4009 or email the Self Help Center at: bk_panel@azb.uscourts.gov. You are not required to contact the Self Help Center.

### *ORDER*[1]

On November 21, 2013, the Court held a hearing regarding, among other things, Wroblewski's expressed desire to withdraw as attorney of record from all pending chapter 13 proceedings in this District. The Court had previously set November 25, 2013 as the deadline for Wroblewski to file motions to withdraw from each of those cases. During the course of the November 21 hearing, three realities became apparent: 1) Wroblewski would not file motions to withdraw in all pending chapter 13 cases by the Court's earlier established November 25, 2013 deadline; 2) in the cases in which Wroblewski could timely file motions to withdraw, Wroblewski would not be able to comply with the Court's Local Rules regarding withdrawal;[2] and 3) it is in the best interests of all Wroblewski clients that Wroblewski no longer continue as attorney of record in any pending bankruptcy cases in this District.

– – – NOTICE/ORDER CONTINUES ON NEXT PAGE – – –

---

[1] The Court entered a similar order on November 26, 2013 in Miscellaneous Adversary Proceeding 2:13–mp–00015–DPC, United States Trustee v. Jeffrey L Philips; David Wroblewski; and related entities.

[2] Local Rule 9010–1(b) states:

> **Withdrawal and Substitution.** No attorney shall seek withdrawal or substitution as attorney of record in any pending case or proceeding except by written application. Unless the Rules require otherwise, the application shall contain at a minimum: (1) the name, address and telephone number of the substituting attorney, and such attorney's approval; or (2) if no substituting attorney exists, the client's name, last known address and telephone number, and a certificate of the attorney that the client has been notified in writing of the status of the case, including the dates and time of any court hearings or trial settings and the need to comply with any existing court orders, discovery requests and the possibility of sanctions for the failure to comply. The application shall be presented to the court, may be considered without a hearing, and shall be accompanied by a proposed order containing the name, address and telephone number of the person to whom subsequent pleadings shall be sent.

Based on the foregoing, it is hereby

**ORDERED** that David Wroblewski, Wroblewski & Associates, any attorney appearing via Wroblewski & Associates, and other Wroblewski related entity (collectively "Wroblewski") are removed[3] as counsel of record in all cases or proceedings pending within the U.S. Bankruptcy Court for the District of Arizona. By this Order, the Court retains jurisdiction over all issues involving Wroblewski, including but not limited to disgorgement of fees, disqualification, sanctions, and any other relief against Wroblewski and any law firms or attorneys that have worked on cases or proceedings in this District.

**IT IS FURTHER ORDERED** that that the Clerk of the Bankruptcy Court is directed to enter Orders to remove Wroblewski's name as counsel from the docket on all pending cases in which he or his law firm appear as attorney of record in this District.

**Date:** December 10, 2013                                    BY THE COURT

**Address of the Bankruptcy Clerk's Office:**              HONORABLE Daniel P. Collins  
U.S. Bankruptcy Court, Arizona                             United States Bankruptcy Judge  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003–1727  
Telephone number:  (602) 682–4000  
www.azb.uscourts.gov

---

[3] The term "removed" is used not as a term of art connoting legal significance. Rather, it is used as a matter of expediency. To enable Wroblewski's clients to move on with their lives and bankruptcy issues, they need to be free of Wroblewski's representation. This Order is meant to facilitate that process.